UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM RIAZATI KESHE,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC. and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.  2:14-cv-08418-CAS-MAN<br><br>**JUDGMENT** |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1  Defendant CVS Pharmacy, Inc.'s ("CVS" or "Defendant") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion") came on regularly for hearing before this Court on March 28, 2016, the Honorable Christina A. Snyder presiding. On April, 5, 2016, the Court granted CVS's Motion in its entirety. (Docket No. 74.)

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of CVS and against Plaintiff Shahram Riazati Keshe ("Plaintiff") on all claims for relief and all causes of action asserted in this action. **PLAINTIFF SHALL TAKE NOTHING AGAINST DEFENDANT BY WAY OF HIS COMPLAINT AND ALL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT AND THIS ENTIRE ACTION SHALL BE AND IS HEREBY DISMISSED WITH PREJUDICE.** Each side shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: <u>April 26, 2016</u>

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441